# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/26/19 RL
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:10-CR-30-1BO |
| Marcel Duran Bowe ) | USM No: 54678-056 |
| Date of Original Judgment: June 14, 2011 ) | |
| Date of Previous Amended Judgment: August 18, 2016 ) | Sonya Allen |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  180  months **is reduced to**  95 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

~~The term of supervised release is reduced to X years~~

The defendant is sentenced to TIME SERVED - 24 months supervised release - $100.00 special assessment and no fine.

If the amount of time the defendant has already served exceeds this sentenced, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated June 14, 2011, and August 18, 2016, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3·26·19

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle   Chief U.S. District Judge
*Printed name and title*